**Order entered September 24, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00557-CR

### ANTONIO JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-80497-2018**

## ORDER

Before the Court is appellant's September 19, 2018 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 16, 2018**. If appellant's brief is not filed by October 16, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CRAIG STODDART
JUSTICE